# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5319**                              **September Term, 2014**

**1:05-cv-1276-JSG**

**Filed On:** March 12, 2015

In re: Kellogg Brown & Root, Inc., et al.,

      Petitioners

**BEFORE:**     Brown, Srinivavsan, and Pillard, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, the response thereto, and the reply; the emergency motion for stay pending petition for writ of mandamus, the response thereto, and the reply; the motion to participate as amici curiae, the opposition thereto, and the reply; and the motions for alternative relief, the oppositions thereto, and the replies, it is

**ORDERED** that the motion to participate as amici curiae be denied. See Fed. R. App. P. 29(e). It is

**FURTHER ORDERED** that the emergency motion for stay be granted, and the administrative stay, entered December 23, 2014, be dissolved. It is

**FURTHER ORDERED** that the petition for writ of mandamus be referred to a merits panel. The Clerk is directed to calendar the case for oral argument on an appropriate date this Term. It is

**FURTHER ORDERED**, on the court's own motion, that the parties file 8 additional paper copies of the mandamus petition, the response thereto, and the reply within 10 days of the date of this order. The additional copies must be appropriately titled and covered. See Fed. R. App. P. 32(a)(2). It is

**FURTHER ORDERED** that the motions for alternative relief be dismissed as moot.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                BY:    /s/
                                 Robert J. Cavello
                                 Deputy Clerk